981 F.2d 1246
 Gemstar, Inc., Ski Brothers, Inc.
v.
Township of Springfield, Miller (Rhine F.), Freeh (Louis
E.), Dunlap (William), Meier (Randall C.), Trustee for
Springfield Environmental Consortium, Dunlap (Ann L.), Meier
(Linda A.), Ostroff (Harry), Frompovich (Catherine),
Jefferson (Richard M., Suann D.), Metter (Charles W., Jr., Joan Tufts)
 NO. 92-1391
 United States Court of Appeals,
Third Circuit.
 Nov 23, 1992
 
 Appeal From: E.D.Pa.,
 Pollak, J.
 
 
 1
 AFFIRMED.